AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*      DISTRICT OF   NEVADA

GAYLE McCOY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.

                         CASE NUMBER:    3:15-cv-0188-LRH-WGC

BARRICK GOLD OF NORTH AMERICA, INC., et al.

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that judgment is entered in this action in favor of Defendant, Barrick Gold of North America, Inc., and against Plaintiff, Gayle McCoy.


 September 27, 2016                         **LANCE S. WILSON**
                                                          Clerk


                                                         /s/ K. Walker
                                                     Deputy Clerk